IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


ANNA F. SHEETS,

       Plaintiff,


v.                                        CIVIL ACTION NO. 1:11cv148
                                          (Judge Keeley)


COMMISSIONER OF SOCIAL SECURITY,

       Defendant.


ORDER ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT AND RECOMMENDATION


Pursuant to 28 U.S.C. §636(b)(1)(B), Rule 72(b), Federal Rules
of Civil Procedure and Local Court Rule 4.01(d), on September 22,
2011, the Court referred this Social Security action to United
States Magistrate Judge John S. Kaull with directions to submit
proposed findings of fact and a recommendation for disposition.

On March 30, 2012, Magistrate Judge Kaull filed his Report and
Recommendation ("R&R"), in accordance with 28 U.S.C. §636(b)(1) and
Fed. R. Civ. P. 6(e), which directed the parties to file any
written objections with the Clerk of Court within fourteen (14)
days after being served with a copy of the R&R. He further directed
the parties that failure to file objections would result in a

**SHEETS V. COMMISSIONER OF SOCIAL SECURITY**                    **1:11CV148**

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

---

waiver of the right to appeal from the judgment of this Court.  The

parties have not filed any objections.

Upon consideration of Magistrate Judge Kaull's recommendation

and having received no written objections,[1] the Court accepts and

approves the R&R in its entirety and **ORDERS** that this civil action

be  disposed  of  in  accordance  with  the  recommendation  of  the

magistrate judge. Accordingly, it

1.   **DENIES** the Commissioner's motion for Summary Judgment

(dkt. no. 14);

2.   **GRANTS-IN-PART**  the  plaintiff's  motion  for  Summary

Judgment (dkt. no. 10);

3.   **REMANDS** this action to the Commissioner for further

proceedings consistent with the R&R; and

4.   **DISMISSES** this civil action **WITH PREJUDICE** and **RETIRES**

it from the docket of this Court.

---

[1]   Sheets's  failure  to  object  to  the  Report  and
Recommendation not only waives his appellate rights in this matter,
but also relieves the Court of any obligation to conduct a *de novo*
review of the issues presented.  <u>See</u> <u>Wells v. Shriners Hospital</u>,
109  F.3d  198,  199-200  (4th  Cir.  1997); <u>Thomas  v.  Arn</u>,474 U.S.
140,148-153 (1985).

**SHEETS V. COMMISSIONER OF SOCIAL SECURITY**                    **1:11CV148**

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

---

Pursuant to Fed.R.Civ.P. 58, the Court directs the Clerk of Court to enter a separate judgment order and to transmit copies of this Order to counsel of record.

DATED: April 23, 2012.


                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE

3